IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| TEXTRON, INC. and TEXTRON SPECIALIZED VEHICLES, INC., | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 116-081 |
| TRAXXAS, LP, and DOES 1-10, | * * | |
| Defendants. | * * * | |

**O R D E R**

Presently before the Court is the parties' Consent Motion to Close this Case Administratively. (Doc. 23.) Specifically, the parties represent that they are currently engaged in settlement discussions and that Defendant Traxxas, LP's time is better spent continuing these discussions than filing its answer, which is due today. So they request that the Court administratively close the case. Instead, the Court will **STAY** this matter for **forty-five days**. If, at the end of this stay, the parties have settled, then they should file a stipulation of dismissal. If, however, the parties have been unable to resolve this matter by the end of the stay, Defendant is instructed to file their answer. Within ten days from that date, the parties must conduct their Rule 26(f) conference, and they must file

their Rule 26(f) report within five days from the date of the meeting.

**ORDER ENTERED** at Augusta, Georgia this 2nd day of September, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA